UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ALEJANDRO FELIX GONZALEZ                    DOCKET NO. 6:25-cv-01870

VERSUS                                       JUDGE ROBERT R. SUMMERHAYS

PAMELA BOND, ET AL                           MAGISTRATE JUDGE WHITEHURST

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, but correcting the factual statements therein to reflect that petitioner is represented by counsel,[1] and further noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus be **DENIED AND DISMISSED** because petitioner's claims are **MOOT.**

**THUS DONE AND SIGNED** in chambers this 13th day of April, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF No. 5 at 1 (stating petitioner is proceeding "pro se").